FILED

14 MAY -7 AM 8: 25

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DW7 DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM GREEN, an Individual; MARBELY OLIVO, an Individual; J.M.O., a minor by and through his Guardian Ad Litem, Chloe Nimmo,<br><br>Plaintiffs,<br><br>vs.<br><br>AUTUMN RIDGE APARTMENTS, L.P., a California Limited Partnership; NATIONAL COMMUNITY RENAISSANCE OF CALIFORNIA, a California Corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 14-CV-1127-BEN (BGS)<br><br>**ORDER DIRECTING SUBMISSION OF DECLARATIONS AND SETTING BRIEFING SCHEDULE** |

On May 5, 2014, Plaintiffs Adam Green, Marbely Olivo, and J.M.O. (acting through his proposed guardian ad litem) filed a Complaint alleging that Defendants discriminated against families with children. Review of the Complaint reveals that the Complaint alleges that J.M.O. is the minor child of Plaintiffs James Green and Marbely Olivo.

Before this Court is the "Petition of Chloe Nimmo for Appointment of Guardian Ad Litem for Minor Child, J.M.O." (Docket No. 3). Nimmo states that she is "a friend of the family for Adam Green and Marbely Olivo." (Pet. at 1). She seeks to be appointed guardian ad litem, and states that the child "has no general guardian other than petitioner as family friend." (*Id.* at 2). Nimmo represents that she is "competent

and willing" to act as guardian ad litem. (*Id.*)

Federal Rule of Civil Procedure 17(c) authorizes a court to appoint a guardian ad litem to protect a minor person unrepresented in an action.

Plaintiffs are **ORDERED** to submit a declaration by Ms. Nimmo explaining the basis and nature of her relationship with J.M.O. Ms. Nimmo should state why she is qualified to adequately represent J.M.O.'s best interests. The declaration should also address any potential conflicts of interest, and discuss the availability of alternative guardians, such as family members. Plaintiffs have leave to file an additional brief of no more than five pages, and additional declarations, if they believe they would assist this Court in assessing the suitability of appointing Nimmo. The declaration must be submitted within **14 days** of the date this Order is filed, or the Motion will be deemed abandoned and dismissed.

If Plaintiffs submit the required supplemental declaration, this Court will determine after submission of the declaration whether additional briefing or oral argument would be appropriate.

**IT IS SO ORDERED.**

Dated: May 07, 2014

HON. ROGER T. BENITEZ
United States District Judge